STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

SUSAN FRENCH
ROBERT MOOSSY
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
601 D Street N.W.
Washington, D.C. 20004

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2001

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>         Plaintiff,          )<br>                             )<br>    vs.                      )<br>                             )<br> KIL SOO LEE                  )<br> a/k/a GIL SOO LEE            )<br> a/k/a "SA",                  )<br>                             )<br>         Defendant.          )<br>_____) | CR. NO. CR01-00132SOM<br><br>INDICTMENT<br>[18 U.S.C. §§ 1584, 1589 &<br> 1594] |

INDICTMENT

## COUNT 1

The Grand Jury charges:

From on or about February 9, 1999, until on or about February 28, 2001, within American Samoa, a territory of the United States, the defendant,

KIL SOO LEE
a/k/a GIL SOO LEE
a/k/a " SA"

did knowingly and willfully hold to involuntary servitude persons, that is Vietnamese factory workers, (namely CW-1, CW-2, CW-3, CW-4, CW-5, CW-6, CW-7, CW-8, CW-9) employed by Daewoosa Samoa Limited, an American Samoan corporation, for a term.

All in violation of Title 18, United States Code, Section 1584.

## COUNT 2

The Grand Jury further charges:

From on or about October 29, 2000, until on or about February 28, 2001, within American Samoa, a territory of the United States, the defendant,

KIL SOO LEE
a/k/a GIL SOO LEE
a/k/a "SA"

did knowingly provide and obtain the labor and services of Vietnamese factory workers (namely CW-1, CW-2, CW-3, CW-4, CW-5, CW-6. CW-7, CW-8, CW-9), employed by Daewoosa Samoa Limited, an American Samoan corporation, and attempted to provide and obtain the labor and services of such persons, by threats of serious

harm to, or physical restraint against the workers; by means of any scheme, plan, or pattern intended to cause workers to believe that, if they did not perform such labor and services, they would suffer serious harm or physical restraint; and by means of the abuse or threatened abuse of law and the legal process.

All in violation of Title 18, United States Code, Sections 1589 and 1594.

DATED: April 5, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

_____
SUSAN FRENCH
ROBERT MOOSSY
LOU DEBACA
Trial Attorneys

3