# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date: September 28, 2006

To:     United States Court of Appeals    Attn:    ( )    Civil
       For the Ninth Circuit
       Office of the Clerk                            (✓)    Criminal
       95 Seventh Street
       San Francisco, California 94103          ( )    Judge

From: United States District Court
         300 Ala Moana Blvd. Room C-338
         Honolulu, Hawaii 96813

*05-10478* (handwritten)

DC No:           CR 01-00132 SOM        Appeal No: ~~05-10835~~

Short Title:        USA vs. Lee, et al.

| | | |
|---|---|---|
| Clerk's Files in | 13 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 82 | volumes (✓) original ( ) certified copy<br>3/27/01, 3/30/01, 4/10/01, 7/27/01, 7/30/01, 8/27/01, 8/28/01, 9/7/01, 10/26/01, 10/29/01, 12/17/01, 3/11/02, 3/12/02, 4/1/02, 8/30/02, 8/30/02, 9/23/02, 9/23/02, 9/24/02, 10/4/02, 10/11/02, 10/15/02, 10/16/02, 10/22/02, 10/23/02, 10/23/02, 10/24/02 w/disk, 10/25/02, 10/25/02, 10/29/02, 10/30/02, 10/31/02, 10/31/02, 11/1/02, 11/5/02, 11/6/02, 11/7/02, 11/8/02, 11/14/02, 11/15/02, 11/19/02, 11/20/02, 11/21/02, 11/22/02, 12/3/02, 12/4/02, 12/5/02, 12/6/02, 12/10/02, 12/11/02, 12/12/02, 12/13/02, 12/17/02, 12/18/02, 12/19/02, 01/2/03, 01/3/03, 01/7/03, 1/8/03, 1/8/03, 1/9/03, 1/9/03, 1/10/03, 1/13/03, 1/14/03, 1/15/03, 1/16/03, 1/17/03, 1/23/03, 1/24/03, 1/31/03, 2/3/03, 2/4/03, 2/5/03, 2/6/03, 2/7-21/03, 1/29/04, 10/15/04, 6/25/03, 6/17/05, 6/22/05, |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:

-certified copy of docket sheet

-sealed document nos: 6/25/03 Transcript, 7/7/04-Letter, 10/25/01 Subpoena, Subpoenas for: 9/27/02, 9/27/02, 10/8/02 (7 copies), 12/3/02, 01/24/02-4 Returns on Subpoena's, 2/6/02-Subpoena, 3/11/02-Subpoena, 69, 81, 88, 95, 97, 98, 99, 100, 101, 104, 124, 125, 128, 129, 132, 133, 134, 135, 137, 140, 142, 143, 145, 146, 147, 150, 157, 166, 167, 169, 181, 185, 186, 187, 188, 189, 190, 191, 199, 202, 204, 211, 216, 217, 218, 219, 227, 229, 228, 232, 233, 234, 235, 236, 237, 238, 253, 255, 256, 272, 274, 278, 279, 281, 282, 283, 284, 285, 287, 290, 291, 292, 293, 298, 299, 300, 312, 371, 380, 421, 422, 423, 427, 428, 429, 430, 431, 434, 435, 436, 437, 439, 448, 465, 479, 482, 548, 556, 572, 582, 593, 595, 596,


Acknowledgment: _____    Date: _____


cc: all counsels