```
                                                         MOATT    INVATT
                                                                      i
INTERNAL USE ONLY: Proceedings include all events.
05-10478 USA, et al v. Lee

UNITED STATES OF AMERICA          Kenneth M. Sorenson, Esq.
      Plaintiff - Appellee        FAX 808/541-2958
                                  808/440-9241
                                  Suite 6-100
                                  [COR LD NTC aus]
                                  USH - OFFICE OF THE U.S.
                                  ATTORNEY
                                  PJKK Federal Building
                                  300 Ala Moana Blvd.
                                  P.O. Box 50183
                                  Honolulu, HI 96850

                                  Lisa J. Stark, Esq.
                                  FAX 202/514-8490
                                  202/514-4491
                                  [COR LD NTC gov]
                                  U.S. DEPARTMENT OF JUSTICE
                                  Ben Franklin Station
                                  P.O.Box 14403
                                  Washington, DC 20044-4403

    v.

KIL SOO LEE                       Earle A. Partington, Esq.
      Defendant - Appellant       FAX 533-4588
                                  808/526-9500
                                  [COR LD NTC cja]
                                  1330 Pacific Tower
                                  1001 Bishop Street
                                  Honolulu, HI 96813
```