# MEMORANDUM

TO: Records Unit
United States District Court - Honolulu
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850
(808) 541-3587

FROM: Toni Smith / (208) 334-1612
Judge Trott's Chambers
550 West Fort Street, Room 667
Boise, ID 83724

RE: **US v. Lee**
**05-10835**

DATE: March 22, 2007

Please find the enclosed record from the above listed case (6 boxes). Please sign and return the form at the bottom acknowledging receipt.

Thank you.

_____   DATE: _____

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 28 2007
DISTRICT OF HAWAII