# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date: September 28, 2006

To: United States Court of Appeals    Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                           (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103       ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:           CR 01-00132 SOM          Appeal No:     05-10835

Short Title:      USA vs. Lee, et al.

Clerk's Files in     13 ✓     volumes (✓) original ( ) certified copy

Bulky docs                  volumes (folders) docket #

Reporter's           82 ✓    volumes (✓) original ( ) certified copy
Transcripts                    3/27/01, 3/30/01, 4/10/01, 7/27/01, 7/30/01, 8/27/01,
8/28/01, 9/7/01, 10/26/01, 10/29/01, 12/17/01, 3/11/02,
3/12/02, 4/1/02, 8/30/02, 8/30/02, 9/23/02, 9/23/02, 9/24/02,
10/4/02, 10/11/02, 10/15/02, 10/16/02, 10/22/02, 10/23/02,
10/23/02, 10/24/02 w/disk, 10/25/02, 10/25/02, 10/29/02,
10/30/02, 10/31/02, 10/31/02, 11/1/02, 11/5/02, 11/6/02,
11/7/02, 11/8/02, 11/14/02, 11/15/02, 11/19/02, 11/20/02,
11/21/02, 11/22/02, 12/3/02, 12/4/02, 12/5/02, 12/6/02,
12/10/02, 12/11/02, 12/12/02, 12/13/02, 12/17/02, 12/18/02,
12/19/02, 01/2/03, 01/3/03, 01/7/03, 1/8/03, 1/8/03, 1/9/03,
1/9/03, 1/10/03, 1/13/03, 1/14/03, 1/15/03, 1/16/03, 1/17/03,
1/23/03, 1/24/03, 1/31/03, 2/3/03, 2/4/03, 2/5/03, 2/6/03,
2/7-21/03, 1/29/04, 10/15/04, 6/25/03, 6/17/05, 6/22/05,

Exhibits                             volumes ( ) under seal
                                     boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 6/25/03 Transcript, 7/7/04-Letter, 10/25/01 Subpoena, Subpoenas for: 9/27/02, 9/27/02, 10/8/02 (7 copies), 12/3/02, 01/24/02-4 Returns on Subpoena's, 2/6/02-Subpoena, 3/11/02-Subpoena, 69, 81, 88, 95, 97, 98, 99, 100, 101, 104, 124, 125, 128, 129, 132, 133, 134, 135, 137, 140, 142, 143, 145, 146, 147, 150, 157, 166, 167, 169, 181, 185, 186, 187, 188, 189, 190, 191, 199, 202, 204, 211, 216, 217, 218, 219, 227, 229, 228, 232, 233, 234, 235, 236, 237, 238, 253, 255, 256, 272, 274, 278, 279, 281, 282, 283, 284, 285, 287, 290, 291, 292, 293, 298, 299, 300, 312, 371, 380, 421, 422, 423, 427, 428, 429, 430, 431, 434, 435, 436, 437, 439, 448, 465, 479, 482, 548, 556, 572, 582, 593, 595, 596,

Acknowledgment: _____ Date: _____

cc: all counsels

#1 expando

Sealed Document #

Box #1

| | |
|---|---|
| A (No number on envelope) | 101 |
| 189 | 104 |
| 191 | 124 |
| 188 | 125 |
| 187 | 128 |
| 186 | 129 |
| 185 | 132 |
| 181 | 133 |
| B (" ") | 134 |
| 169 | 135 |
| 167 | 137 |
| 166 | 140 |
| 157 | 99 |
| 156 | 100 |
| 150 | |
| 147 | |
| 146 | |
| 145 | |
| 143 | |
| 142 | |
| 235 | |
| 234 | |
| C (" ") | |
| D (" ") | |
| 69 | |
| 128 - 2 copies | |
| 81 | |
| 88 | |
| 95 | |
| 97 | |
| 98 | |

#2 expando

Sealed Document #

228
232
219
218
217
216
229
211
202
199
190
204
A   (No Number on envelope)
595
596
236
237
253
B   (No Number on document)
227

#3 expando

Sealed Document #

| | |
|---|---|
| 233 | ~~436~~ 431 |
| 238 | 427 |
| 255 | 428 |
| 256 | 429 |
| 272 | 430 |
| 274 | 285 |
| 278 | 287 |
| 279 | 290 |
| 281 | 291 |
| 282 | 292 |
| 283 | 298 |
| 284 | 299 |
| 293 | 300 |
| 312 | 434 |
| 371 | 435 |
| 380 | 437 |
| 421 | 448 |
| 422 | D (No Number on envelope) |
| 423 | |
| A (No Number on envelope) | |
| B  " | |
| C  " | |
| 465 | |
| 479 | |
| 482 | |
| 548 | |
| 556 | |
| 572 | |
| 582 | |
| 593 | |
| 439 | |
| 436 | |